# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | ) JUDGMENT IN A CRIMINAL CASE |
| | ) (For **Revocation** of Probation or Supervised Release) |
| V. | ) (For Offenses Committed On or After November 1, 1987) |
| | ) |
| DERRICK LANE BRYSON | ) Case Number: DNCW207CR000024-001 |
| | ) USM Number: 22120-058 |
| | ) |
| | ) Anthony Alan Coxie |
| | ) Defendant's Attorney |
| | ) |

**THE DEFENDANT:**

☒ Admitted guilt to violation of conditions <u>1, 2, 3, 7, 9, 11 & 12</u> of the term of supervision.

☐ Was found in violation of condition(s) count(s) after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | DRUG/ALCOHOL USE | 5/20/2016 |
| 2 | FAILURE TO REPORT CHANGE IN RESIDENCE | 7/01/2016 |
| 3 | FAILURE TO REPORT CONTACT WITH LAW ENFORCEMENT OFFICER | 7/05/2016 |
| 7 | FAILURE TO REPORT CONTACT WITH LAW ENFORCEMENT OFFICER | 5/25/2016 |
| 9 | FAILURE TO REPORT CONTACT WITH LAW ENFORCEMENT OFFICER | 5/26/2016 |
| 11 | FAILURE TO REPORT CONTACT WITH LAW ENFORCEMENT OFFICER | 7/26/2016 |
| 12 | NEW LAW VIOLATION – POSSESSION METHAMPHETAMINE; FELONY POSSESSION SCHEDULE I CONTROLLED SUBSTANCE; FAILURE TO WEAR A SEAT BELT; POSSESSION METHAMPHETAMINE AND POSSESSION OF DRUG PARAPHERNALIA; FELONY FLEEING/ELUDING ARREST WITH MOTOR VEHICLE, RECKLESS DRIVING TO ENDANGER, FAIL TO HEED LIGHT/SIREN AND NO OPERATOR'S LICENSE | 7/23/2016 |

The Defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐ The Defendant has not violated condition(s) and is discharged as such to such violation(s) condition.

☒ Violations <u>4, 5, 6, 8 & 10</u> are dismissed on the motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:  8/24/2017

Signed: August 31, 2017

Martin Reidinger
United States District Judge

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWENTY-FOUR (24) MONTHS.  THE TERM OF IMPRISONMENT IMPOSED BY THIS JUDGMENT SHALL RUN CONSECUTIVELY TO ANY UNDISCHARGED TERM OF IMPRISONMENT HERETOFORE OR HEREAFTER IMPOSED BY ANY STATE OR FEDERAL COURT.

☒ The Court makes the following recommendations to the Bureau of Prisons:
1. Participation in any available educational and vocational opportunities.
2. Participation in any available substance abuse treatment program and if eligible receive benefits of 18:3621(e)(2).

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

  ☐ As notified by the United States Marshal.
  ☐ At _ on _.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ As notified by the United States Marshal.
  ☐ Before 2 p.m. on _.
  ☐ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy Marshal